# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | No. 3:19-CR-00166 |
| ) | REEVES/GUYTON |
| **TERRY GRIFFIN** ) | |

# **O R D E R**

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) accept Defendant's plea of guilty to the charges in the Information; (2) adjudicate Defendant guilty of the charges set forth in the Information; and (3) find Defendant shall remain in custody until sentencing in this matter [Doc. 10]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 10] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the charge in Count One of the Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One of the Information, that is, conspiracy t6o take firearms from a federally

licensed firearms dealer, in violation of 18 U.S.C. §§ 371 and 922(u);

(3) Defendant's plea of guilty to the charge in Count Two of the information is **ACCEPTED;**

(4) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count Two of the Information, that is, knowingly possessing firearms that had been transported in interstate commerce, after being convicted of a felony, in violation of 18 U.S.C. § 922(g)(1); and

(4) Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**